IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEPHEN B. TURNER,

    Plaintiff,

  v.

DUSTIN TIERNEY,

    Defendant.
_____/

No. C 12-6231 MMC

**ORDER CONSTRUING PLAINTIFF'S MOTION TO STRIKE AS OPPOSITION; SETTING DEADLINE FOR REPLY**

    On January 22, 2013, defendant Dustin Tierney filed a motion to revoke plaintiff Stephen B. Turner's in forma pauperis ("IFP") status. On January 24, 2013, plaintiff filed a "Motion to Strike Defendant's Motion to Revoke Plaintiff's In Forma Pauperis Status," in which he argues defendant's motion to revoke should not be granted.

    Accordingly, the Court construes plaintiff's filing as his opposition to defendant's motion to revoke. Defendant's reply, if any, shall be filed no later than February 4, 2013.

    **IT IS SO ORDERED.**

Dated: January 25, 2013



MAXINE M. CHESNEY
United States District Judge