IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEPHEN B. TURNER,

    Plaintiff,

  v.

DUSTIN TIERNEY,

    Defendant.
                                   /

No. C 12-6231 MMC

**ORDER VACATING MAY 17, 2013 HEARING ON MOTION**

      Before the Court is defendant Dustin Tierney's "Motion to Dismiss First Amended Complaint," filed April 5, 2013.  Plaintiff has filed opposition to which defendant has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matters suitable for decision thereon, and hereby VACATES the hearing scheduled for May 17, 2013.

      **IT IS SO ORDERED.**

Dated: May 13, 2013

                                              MAXINE M. CHESNEY
                                              United States District Judge