William M. Simpich, Esq., SB#106672
Law Offices of William M. Simpich
1736 Franklin Street, 10th Floor
Oakland, CA 94612
Telephone (510) 444-0226
Facsimile (510) 444-1704

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN B. TURNER, | Case No.: C 12-6231 MMC |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF ATTORNEY AND WITHDRAWAL OF PLAINTIFF PRO SE;** ~~[PROPOSED]~~ **ORDER** |
| v. | |
| DUSTIN TIERNEY, | |
| Defendant, | |

TO THE COURT AND TO DEFENDANT AND HIS ATTORNEY:

PLEASE TAKE NOTICE that Plaintiff STEPHEN B. TURNER has retained attorney WILLIAM M. SIMPICH as counsel in the above-entitled case.

Withdrawing counsel for Plaintiff is:

Stephen B. Turner, (Plaintiff-Pro Se)
5194 Bolton Place
Newark, CA 94560

All pleadings, orders, and notices should henceforth be served upon the following substituted counsel for Plaintiff STEPHEN B. TURNER:

William M. Simpich
Law Offices of William M. Simpich
1736 Franklin Street, 10th Floor
Oakland, CA 94612
Telephone (510) 444-0226
Facsimile (510) 444-1704
email: bsimpich@gmail.com

-1-

The undersigned parties consent to the above substitution and withdrawal of counsel.

Dated: July 24, 2013

/s/
STEPHEN B. TURNER, Plaintiff
Pro Se

Dated: July 25, 2013

/s/
WILLIAM M. SIMPICH
New Attorney for Plaintiff

I hereby attest the I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

Dated: July 25, 2013

/s/
WILLIAM M. SIMPICH
New Attorney for Plaintiff

The above substitution and withdrawal of counsel is approved and so ORDERED.

Dated: July 26, 2013

JUDGE OF THE US DISTRICT COURT

-2-