IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEPHEN B. TURNER,

    Plaintiff,

v.

DUSTIN TIERNEY,

    Defendant.
    _____/

No. C 12-6231 MMC

**ORDER VACATING AUGUST 16, 2013 HEARING ON MOTION**

    Before the Court is plaintiff's "Motion for Protective Order," filed July 12, 2013. Defendant has filed opposition thereto. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision thereon, and hereby VACATES the hearing scheduled for August 16, 2013.

    **IT IS SO ORDERED.**

Dated: August 12, 2013

                                        MAXINE M. CHESNEY
                                        United States District Judge