AC 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern _____ **District of** _____ California

| | |
|---|---|
| Stephen B. Turner | **CONSENT ORDER GRANTING** |
| Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| Dustin Tierney | **CASE NUMBER:** 3:12-cv-06231-MMC |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court, __Defendant Officer Dustin Tierney__ substitutes
(Party (s) Name)

__Matthew W. Roman__ , State Bar No. __267717__ as counsel of record in
(Name of New Attorney)

place of __Julianne Mossler, Deputy Attorney General__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:      Andrada & Associates

Address:      180 Grand Avenue, Suite 225, Oakland, CA 94612

Telephone:      (510) 287-4160          Facsimile  (510) 287-4161

E-Mail (Optional):   mroman@andradalaw.com

I consent to the above substitution.

Date:      8/19/13

_____
(Signature of Party (s))

I consent to being substituted.

Date:      8/12/13

_____
(Signature of Former Attorney (s))

I consent to the above substitution.

Date:      8/9/13

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:      August 22, 2013

_____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**