# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Stephen B. Turner

Plaintiff (s),

V.

Dustin Tierney

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:12-cv-06231-MMC

Notice is hereby given that, subject to approval by the court, __Defendant Officer Dustin Tierney__ substitutes
(Party (s) Name)

__Matthew W. Roman__, State Bar No. __267717__ as counsel of record in
(Name of New Attorney)

place of __Julianne Mossler, Deputy Attorney General__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Andrada & Associates
Address: 180 Grand Avenue, Suite 225, Oakland, CA 94612
Telephone: (510) 287-4160    Facsimile: (510) 287-4161
E-Mail (Optional): mroman@andradalaw.com

I consent to the above substitution.
Date: 8/19/13
_(Signature of Party (s))_

I consent to being substituted.
Date: 8/12/13
_(Signature of Former Attorney (s))_

I consent to the above substitution.
Date: 8/9/13
_(Signature of New Attorney)_

The substitution of attorney is hereby approved and so ORDERED.

Date: August 22, 2013
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]