IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN B. TURNER, | No. C 12-6231 MMC |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| DUSTIN TIERNEY, | |
| Defendant. | |

The Court having been advised that the parties have agreed to a settlement of the above-titled action and that said settlement has been placed on the record,

IT IS HEREBY ORDERED that plaintiff's claims be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within 180 days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar for further proceedings as appropriate.

**IT IS SO ORDERED.**

Dated: January 3, 2014

MAXINE M. CHESNEY
United States District Judge