William M. Simpich SB#106672
Attorney at Law
1736 Franklin Street, 10th Floor
Oakland, CA 94612
Telephone (510) 444-0226
Facsimile (510) 444-1704

Attorney for Plaintiff Stephen Turner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN B. TURNER,<br><br>          Plaintiff,<br><br>v.<br><br><br>DUSTIN TIERNEY, et al.<br><br><br>          Defendants. | CASE NO: C12-6231 MMC<br><br>ORDER APPROVING SUBSTITUTION OF ATTORNEY |

Effective immediately, Stephen B. Turner is in pro se in this action. His mailing address is 5194 Bolton Place,

Newark, CA 94560. Telephone number: (510) 209-8053.

Former attorney: 10/10/14

                                                                              _____/s/_____
                                                                              WILLIAM M. SIMPICH

Party in pro se: 10/10/15

                                                                              _____/s/_____
                                                                              STEPHEN B. TURNER

Dated: October 17, 2014

*IT IS SO ORDERED*
*Judge Maxine M. Chesney*
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)